**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| In re: SCHNEIDER, FREDERICK | § | Case No. 9:12-bk-12175-DS |
| | § | |
| | § | |
| | § | |
| Debtor(s) | | |

**AMENDED TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 06/01/2012. The undersigned trustee was appointed on 08/10/2016.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of         $         187,272.53

   Funds were disbursed in the following amounts:

|   |   |
|---|---:|
| Payments made under an interim distribution | 113,560.76 |
| Administrative expenses | 60,230.06 |
| Bank service fees | 1,282.53 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]    $ | 12,199.18 |

The remaining funds are available for distribution.

---

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011)

    5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

    6. The deadline for filing non-governmental claims in this case was 01/07/2013 and the deadline for filing governmental claims was 11/28/2012. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

    7. The Trustee's proposed distribution is attached as **Exhibit D**.

    8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $12,613.63. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

    The trustee has received $12,000.00 as interim compensation and now requests the sum of $613.63, for a total compensation of $12,613.63[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $5.45 and now requests reimbursement for expenses of $0.00 for total expenses of $5.45[2].

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 10/04/2018　　　　　　　　　　　　　By: /s/ Jeremy W. Faith
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (5/1/2011)**

**Form 1**

## Individual Estate Property Record and Report
## Asset Cases

Exhibit A
Page: 1

| Case No.: | 9:12-bk-12175-DS | Trustee Name: | (001380) Jeremy W. Faith |
|---|---|---|---|
| Case Name: | SCHNEIDER, FREDERICK | Date Filed (f) or Converted (c): | 06/01/2012 (f) |
| | | § 341(a) Meeting Date: | 06/25/2012 |
| For Period Ending: | 10/04/2018 | Claims Bar Date: | 01/07/2013 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 12688 Santa Paula Ojai Road, Santa Paula, CA 93060-0000, Ventura County Entire property value: $330,000.00 | 330,000.00 | 0.00 | | 0.00 | FA |
| 2 | Cash | 8.50 | 0.00 | | 0.00 | FA |
| 3 | Checking/Savings: JP Morgan Chase Bank | 1,735.00 | 0.00 | | 0.00 | FA |
| 4 | Househould Goods | 1,500.00 | 0.00 | | 0.00 | FA |
| 5 | Books, Pictures and other Art Objets | 12,000.00 | 0.00 | | 0.00 | FA |
| 6 | Wearing Apparel (u) | 800.00 | 0.00 | | 0.00 | FA |
| 7 | Jewelry (u) | 700.00 | 0.00 | | 0.00 | FA |
| 8 | Firearms | 700.00 | 700.00 | | 0.00 | FA |
| 9 | Int. in partnerships or joint ventures: Commercial Retail Property West Los Angeles, one-fourth Interest % | 400,000.00 | 390,668.50 | | 175,000.00 | FA |
| 10 | Legal Malpractice Claim against Patricia Renee Rodriguez (u) | 0.00 | 5,000.00 | | 12,272.53 | FA |
| 11 | 1995 Mercedes 0220, Original Category included 2000 Ford Windstar Ltd., 1987 H.O. Motorcycle; enclosed trailer, mobile home. Entire property value: $4,500.00 (u) | 4,500.00 | 975.00 | | 0.00 | FA |
| 12 | 2 Cats, dog, 4 fish, 5 hens, 3 rabbits (u) | 25.00 | 0.00 | | 0.00 | FA |
| 13 | Yard & Work Tools | 175.00 | 0.00 | | 0.00 | FA |
| **13** | **Assets Totals (Excluding unknown values)** | **$752,143.50** | **$397,343.50** | | **$187,272.53** | **$0.00** |

UST Form 101-7-TFR (5/1/2011)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A
Page: 2

**Case No.:** 9:12-bk-12175-DS
**Case Name:** SCHNEIDER, FREDERICK

**For Period Ending:** 10/04/2018

**Trustee Name:** (001380) Jeremy W. Faith
**Date Filed (f) or Converted (c):** 06/01/2012 (f)
**§ 341(a) Meeting Date:** 06/25/2012
**Claims Bar Date:** 01/07/2013

**Major Activities Affecting Case Closing:**

Period ending 3/31/19: Final estate tax return submitted on 5/25/18 - waiting for prompt determination then ready for TFR submission.

Period ending 3/31/18: An agreement was entered into and approved by the Bankruptcy Court that allowed debtor's civil counsel to pursue the malpractice action and share a portion of any recovery with the estate. Trustee's counsel cooperated with debtor's civil counsel by responding to inquiries, discovery demands and coordinating calendars to testify on several different dates set for trial.   However, the malpractice case finally settled (after several trial continuances) just prior to the end of March 2018.  The estate is expected to receive its portion of the recovery by May 2018.  Case will then be ready for a new tax return and closing.  Don Fife to be retained on flat fee to prepare estate return.  ETFR 5/18/2018.

Period ending 3/31/17: Chapter 7 Trustee employed counsel Michael Nicastro to advise the estate on debtor's pending malpractice action against his former counsel and failure to list such claim in his schedules.

Period ending 3/31/16:  reopen case for new asset.

Period ending 3/31/15: TFR submitted 4/24/14  TFR filed 6/17/14.  Hearing 7/22/14 at 10:30, TDR submitted 10/6/14

Period ending 3/31/14: 5/6/13 Order employing accountant; Sale order 1/10/14
Claim #3 is late filed - Atty Nicastro to object; Objection filed 2/6/14
Tax return signed and mailed 2/13/14.  Tax clearance 3/31/14.
Period ending 3/31/2013:  Unexempt  assset to administer - 25% interest in P'ship that owns commercial property with equity on Wilshire Blvd.  Hire Nicastro Piscapo as counsel, approved 10/30/2012.  Obtained claims bar date to determine if surplus case.  Co-owners of p'ship (family of DB) have approached about buy-out of estate 25% interst in p-ship, negotiating sale.  Hahn Fife & Co. hired as accountants, order appvoing not yet entered.  Motion to convert to Chp. 13 objected to and denied.

_____

**Initial Projected Date Of Final Report (TFR):** 06/01/2013      **Current Projected Date Of Final Report (TFR):** 10/04/2018 (Actual)


| 10/04/2018 | /s/Jeremy W. Faith |
|---|---|
| Date | Jeremy W. Faith |

Form 2

Exhibit B
Page: 1

## Cash Receipts And Disbursements Record

| Case No.: | 9:12-bk-12175-DS | Trustee Name: | Jeremy W. Faith (001380) |
|---|---|---|---|
| Case Name: | SCHNEIDER, FREDERICK | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***5938 | Account #: | ******2066 Checking Account |
| For Period Ending: | 10/04/2018 | Blanket Bond (per case limit): | $5,000,000.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/18/13 | {9} | F. J. Schneider | Distribution for Partnership re Commercial Real Estate in West Los Angeles | 1129-000 | 1,400.00 | | 1,400.00 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,390.00 |
| 05/23/13 | {9} | F. J. Schneider | Partnership proceeds | 1129-000 | 1,400.00 | | 2,790.00 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,780.00 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,770.00 |
| 07/02/13 | 101 | International Sureties, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 07/02/2013 FOR CASE #12-12175 | 2300-000 | | 1.55 | 2,768.45 |
| 07/16/13 | {9} | F. J. Schneider | Distribution from Partnership | 1129-000 | 1,400.00 | | 4,168.45 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,158.45 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,148.45 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,138.45 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,128.45 |
| 11/12/13 | {9} | Schneider Properties | Proceeds for sale of 25% Partnership Interest in Schneider Properties | 1129-000 | 170,800.00 | | 174,928.45 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 128.37 | 174,800.08 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 276.57 | 174,523.51 |
| 01/07/14 | 102 | International Sureties, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/07/2014 FOR CASE #12-12175 Voided on 01/07/2014 | 2300-000 | | 78.74 | 174,444.77 |
| 01/07/14 | 102 | International Sureties, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/07/2014 FOR CASE #12-12175 Voided: check issued on 01/07/2014 | 2300-000 | | -78.74 | 174,523.51 |
| 01/07/14 | 103 | International Sureties, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/07/2014 FOR CASE #12-12175 | 2300-000 | | 78.82 | 174,444.69 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 259.32 | 174,185.37 |
| 02/13/14 | 104 | Franchise Tax Board | 2013 State Income Tax | 6950-000 | | 1,344.00 | 172,841.37 |
| | | | **Page Subtotals:** | | **$175,000.00** | **$2,158.63** | |

{ } Asset Reference(s)   UST Form 101-7-TFR (5/1/2011)   ! - transaction has not been cleared

**Form 2**

Exhibit B
Page: 2

## Cash Receipts And Disbursements Record

| Case No.: | 9:12-bk-12175-DS | Trustee Name: | Jeremy W. Faith (001380) |
|---|---|---|---|
| Case Name: | SCHNEIDER, FREDERICK | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***5938 | Account #: | ******2066 Checking Account |
| For Period Ending: | 10/04/2018 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 233.83 | 172,607.54 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 241.09 | 172,366.45 |
| 07/23/14 | 105 | Jeremy W. Faith | Dividend paid 100.00% on $12,000.00, Trustee Compensation; Reference: | 2100-000 | | 12,000.00 | 160,366.45 |
| 07/23/14 | 106 | Jeremy W. Faith | Dividend paid 100.00% on $5.45, Trustee Expenses; Reference: | 2200-000 | | 5.45 | 160,361.00 |
| 07/23/14 | 107 | Don Fife | Dividend paid 100.00% on $3,927.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 3,927.00 | 156,434.00 |
| 07/23/14 | 108 | Don Fife | Dividend paid 100.00% on $237.20, Accountant for Trustee Expenses (Other Firm); Reference: | 3420-000 | | 237.20 | 156,196.80 |
| 07/23/14 | 109 | Michael N. Nicastro | Dividend paid 100.00% on $41,872.50, Attorney for Trustee Fees (Other Firm); Reference: | 3210-000 | | 41,872.50 | 114,324.30 |
| 07/23/14 | 110 | Michael N. Nicastro | Dividend paid 100.00% on $763.54, Attorney for Trustee Expenses (Other Firm); Reference: | 3220-000 | | 763.54 | 113,560.76 |
| 07/23/14 | 111 | PYOD, LLC its successors and assigns as assignee | Final Distribution per order entered 7/23/14 | 7100-000 | | 17,327.35 | 96,233.41 |
| 07/23/14 | 112 | Green Tree Servicing LLC | Final Distribution per order entered 7/23/14 | 7100-000 | | 96,233.41 | 0.00 |
| | | | COLUMN TOTALS | | 175,000.00 | 175,000.00 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | | Subtotal | | 175,000.00 | 175,000.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $175,000.00 | $175,000.00 | |

*{ } Asset Reference(s)*    UST Form 101-7-TFR (5/1/2011)    *! - transaction has not been cleared*

**Form 2**

Exhibit B

Page: 3

## Cash Receipts And Disbursements Record

| Case No.: | 9:12-bk-12175-DS | Trustee Name: | Jeremy W. Faith (001380) |
|---|---|---|---|
| Case Name: | SCHNEIDER, FREDERICK | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***5938 | Account #: | ******2067 Checking Account |
| For Period Ending: | 10/04/2018 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 09/04/14 | | Green Tree Servicing LLC | refund of distribution payment | 7100-000 | | -96,233.41 | 96,233.41 |
| 09/05/14 | | Green Tree Servicing LLC | Reversed Deposit 100001 1 refund of distribution payment | 7100-002 | | 96,233.41 | 0.00 |
| | | | **COLUMN TOTALS** | | 0.00 | 0.00 | **$0.00** |
| | | | Less: Bank Transfers/CDs | | 0.00 | **0.00** | |
| | | | **Subtotal** | | **0.00** | **0.00** | |
| | | | Less: Payments to Debtors | | | **0.00** | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

*{ } Asset Reference(s)*   **UST Form 101-7-TFR (5/1/2011)**                                              *! - transaction has not been cleared*

**Form 2**

Exhibit B
Page: 4

## Cash Receipts And Disbursements Record

| Case No.: | 9:12-bk-12175-DS | Trustee Name: | Jeremy W. Faith (001380) |
|---|---|---|---|
| Case Name: | SCHNEIDER, FREDERICK | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***5938 | Account #: | ******2000 Checking |
| For Period Ending: | 10/04/2018 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/14/18 | {10} | Patricia Rodriguez | Settlement Payment - Malpractice Claim | 1229-000 | 12,272.53 | | 12,272.53 |
| 05/14/18 | {10} | Patricia Rodriguez | Settlement Distribution mal practice claim | 1229-000 | 12,727.53 | | 25,000.06 |
| 05/15/18 | {10} | Patricia Rodriguez | Adjust incorrect adjustment | 1229-000 | -12,727.53 | | 12,272.53 |
| 05/31/18 | | Rabobank , NA | Bank and Technology Services Fee | 2600-000 | | 10.00 | 12,262.53 |
| 06/15/18 | {10} | Adjustment | Adjustment made to correct previous adjustment made in error | 1229-000 | 12,272.53 | | 24,535.06 |
| 06/15/18 | {10} | Adjustment | Adjustment of Incorrect Deposit adjustment of 5/15/18 | 1229-000 | -12,272.53 | | 12,262.53 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 17.04 | 12,245.49 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 18.78 | 12,226.71 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 18.17 | 12,208.54 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 9.36 | 12,199.18 |
| | | | **COLUMN TOTALS** | | 12,272.53 | 73.35 | $12,199.18 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 12,272.53 | 73.35 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $12,272.53 | $73.35 | |

*{ } Asset Reference(s)*   UST Form 101-7-TFR (5/1/2011)                              *! - transaction has not been cleared*

**Form 2**

Exhibit B
Page: 5

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 9:12-bk-12175-DS | **Trustee Name:** | Jeremy W. Faith (001380) |
| **Case Name:** | SCHNEIDER, FREDERICK | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***5938 | **Account #:** | ******2000 Checking |
| **For Period Ending:** | 10/04/2018 | **Blanket Bond (per case limit):** | $5,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******2066 Checking Account | $175,000.00 | $175,000.00 | $0.00 |
| ******2067 Checking Account | $0.00 | $0.00 | $0.00 |
| ******2000 Checking | $12,272.53 | $73.35 | $12,199.18 |
| | **$187,272.53** | **$175,073.35** | **$12,199.18** |

| | |
|---|---|
| 10/04/2018 | /s/Jeremy W. Faith |
| Date | Jeremy W. Faith |

UST Form 101-7-TFR (5/1/2011)

EXHIBIT C

# Central District Of California
## Claims Register

### 9:12-bk-12175-RR Frederick Schneider

| | |
|---|---|
| **Judge:** Robin Riblet | **Chapter:** 7 |
| **Office:** Santa Barbara | **Last Date to file claims:** 01/07/2013 |
| **Trustee:** Jeremy W. Faith (TR) | **Last Date to file (Govt):** 11/28/2012 |

| Creditor: (33150527)<br>PYOD, LLC its successors and assigns as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | **Claim No: 1**<br>Original Filed Date: 12/17/2012<br>Original Entered Date: 12/17/2012 | **Status:**<br>Filed by: CR<br>Entered by: Susan Gaines<br>Modified: |
|---|---|---|
| Amount claimed: $17909.98 | | |
| Secured claimed: $0.00 | | |

**History:**

| Details | 1-1 | 12/17/2012 | Claim #1 filed by PYOD, LLC its successors and assigns as assignee, Amount claimed: $17909.98 (Gaines, Susan ) |
|---|---|---|---|

**Description:**

**Remarks:** OK

| Creditor: (33234928)<br>Green Tree Servicing LLC<br>7340 S. Kyrene Rd<br>Recovery Dept T120<br>Tempe, AZ 85283 | **Claim No: 2**<br>Original Filed Date: 01/07/2013<br>Original Entered Date: 01/07/2013<br>Last Amendment Filed: 04/10/2013<br>Last Amendment Entered: 04/10/2013 | **Status:**<br>Filed by: CR<br>Entered by: Herschel R Hoyt<br>Modified: |
|---|---|---|
| Amount claimed: $99469.23 | | |

**History:**

| Details | 2-1 | 01/07/2013 | Claim #2 filed by Green Tree Servicing LLC, Amount claimed: $99469.23 (Hoyt, Herschel ) |
|---|---|---|---|
| Details | 2-2 | 04/10/2013 | Amended Claim #2 filed by Green Tree Servicing LLC, Amount claimed: $99469.23 (Hoyt, Herschel ) |

**Description:** (2-1) 12688 SANTA PAULA OJAI RD, SANTA PAULA, CA
(2-2) Amended to reflect the unsecured portion of claim

**Remarks:** OR

| Creditor: (33513281)<br>Chase Bank USA, N.A. | **Claim No: 3**<br>Original Filed Date: 03/07/2013<br>Original Entered Date: 03/07/2013 | **Status:** Disallow 105<br>Filed by: CR<br>Entered by: Kevin C Driscoll<br>Modified: |
|---|---|---|

EXHIBIT C

| Amount claimed: | $21686.84 | |

History:

| Details | 3-1 | 03/07/2013 | Claim #3 filed by Chase Bank USA, N.A., Amount claimed: $21686.84 (Driscoll, Kevin ) |
| | 101 | 02/05/2014 | Motion to Disallow Claims *No. 3 Filed by Chase Bank USA, N.A. for $21,686.84 as a General Unsecured Claim and Allowing it Only as a Late-Filed Claim Subordinated to All Timely Filed Claims and Late Filed Claims Allowable Under Section 726 (a)(1) or (2); Memorandum of Points and Authorities; Declaration of Jeremy W. Faith with proof of service* Filed by Trustee Jeremy W. Faith (TR) (Nicastro, Michael) |
| | 105 | 03/19/2014 | Order Granting Motion To Disallow Claim (No. 3) (BNC-PDF) (Related Doc # 101) 3 Signed on 3/19/2014. (Rust, Kam) Status: Disallow |

Description:

Remarks: *Disallow by Order 3/19/14, Late filed claim only*

## Claims Register Summary

Case Name: Frederick Schneider
Case Number: 9:12-bk-12175-RR
Chapter: 7
Date Filed: 06/01/2012
Total Number Of Claims: 3

| Total Amount Claimed* | $139066.05 |
|---|---|
| Total Amount Allowed* | |

*Includes general unsecured claims

The values are reflective of the data entered. Always refer to claim documents for actual amounts.

| | Claimed | Allowed |
|---|---|---|
| Secured | $0.00 | |
| Priority | | |
| Administrative | | |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 04/23/2014 13:21:02 | | | |
| PACER Login: | jf3990 | Client Code: | |
| Description: | Claims Register | Search Criteria: | 9:12-bk-12175-RR Filed or Entered From: 1/1/1900 Filed or Entered To: 12/31/2014 |
| Billable Pages: | 1 | Cost: | 0.10 |

EXHIBIT C

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 9:12-bk-12175-DS
Case Name: FREDERICK SCHNEIDER
Trustee Name: Jeremy W. Faith

**Balance on hand:**    $    12,199.18

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

Total to be paid to secured creditors:    $    0.00
Remaining balance:    $    12,199.18

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Jeremy W. Faith | 12,613.63 | 12,000.00 | 613.63 |
| Trustee, Expenses - Jeremy W. Faith | 5.45 | 5.45 | 0.00 |
| Charges, U.S. Bankruptcy Court | 293.00 | 0.00 | 293.00 |
| Bond Payments - International Sureties, LTD | 78.82 | 78.82 | 0.00 |
| Bond Payments - International Sureties, LTD | 1.55 | 1.55 | 0.00 |
| Attorney for Trustee Fees (Other Firm) - Michael N. Nicastro | 58,623.50 | 41,872.50 | 9,263.93 |
| Attorney for Trustee Expenses (Other Firm) - Michael N. Nicastro | 792.16 | 763.54 | 28.62 |
| Accountant for Trustee Fees (Other Firm) - Don Fife | 4,927.00 | 3,927.00 | 1,000.00 |
| Accountant for Trustee Expenses (Other Firm) - Don Fife | 237.20 | 237.20 | 0.00 |

Total to be paid for chapter 7 administrative expenses:    $    11,199.18
Remaining balance:    $    1,000.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| | None | | |

Total to be paid for prior chapter administrative expenses:    $    0.00
Remaining balance:    $    1,000.00

UST Form 101-7-TFR(5/1/2011)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

|  |  |  |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 1,000.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $117,379.21 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 97.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | PYOD, LLC its successors and assigns as assignee | 17,909.98 | 17,327.35 | 153.50 |
| 2 -2 | Green Tree Servicing LLC | 99,469.23 | 96,233.41 | 846.50 |

|  |  |  |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 1,000.00 |
| Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $21,686.84 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | Chase Bank USA, N.A. | 21,686.84 | 0.00 | 0.00 |

|  |  |  |
|---|---|---|
| Total to be paid for tardily filed general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR(5/1/2011)**

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

**UST Form 101-7-TFR(5/1/2011)**